864 A.2d 408

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. CARLOS M. ROSADO, DEFENDANT–APPELLANT.

Argued November 8, 2004—Decided January 26, 2005.

*Nancy C. Ferro* argued the cause for appellant (*Ferro & Ferro,* attorneys; *Alan I. Smith,* Designated counsel, Public Defender, on the brief).

*Carol M. Henderson,* Assistant Attorney General, argued the cause for respondent (*Peter C. Harvey,* Attorney General of New Jersey, attorney).

*Carlos M. Rosado* submitted a letter in lieu of brief, pro se.

PER CURIAM.

While driving under the influence of alcohol, defendant Carlos Rosado ran a red light, hit another vehicle and killed its driver, nineteen-year old Michael Albano. Defendant was charged with first-degree death by auto within 1,000 feet of school property and driving with a revoked license. Defendant pled guilty to both charges, and in exchange the prosecutor recommended a twelve-year term of imprisonment on the death-by-auto charge, a concurrent term of imprisonment of 180–days on the driving with a revoked license charge, and a one-year suspension of defendant's driver's license. The trial court accepted the State's recommendations, and sentenced defendant accordingly.

The terms of the No Early Release Act, *N.J.S.A.* 2C:43–7.2 (NERA), apply to the death-by-auto charge. *N.J.S.A.* 2C:43–7.2d(3). Accordingly, defendant was subject to a minimum period of parole ineligibility of eighty-five percent of the sentence imposed and to a mandatory five-year period of parole supervision. *N.J.S.A.* 2C:43–7.2c. As in *State v. Johnson,* 182 *N.J.* 232, 864 *A.*2d 400, 2005 *WL* 154292 (2005), decided today, defendant was not informed about the mandatory period of parole supervision required by NERA. Consistent with our holding in *Johnson,* we reverse and remand for a determination as to whether defendant's mistaken belief regarding the penal consequences of his sentence was a material factor in his decision to plead guilty, entitling defendant to relief under *Rule* 3:21–1.

*For reversal and remandment*—Chief Justice PORITZ and Justices LONG, LaVECCHIA, ZAZZALI, ALBIN, WALLACE and RIVERA–SOTO—7.

*Opposed*—None.